

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00332-CV

KATRINA AHRENS,

                                    **Appellant**

 v.

DALLAS POLICE ASSOCIATION, DPA'S ASSIST THE OFFICER
FOUNDATION, INC., FREDERICK FRAZIER, CITY OF DALLAS, AND
ZAC PRODUCTS II, LLC,

                                    **Appellee**

---

**From the 249th District Court
Johnson County, Texas
Trial Court No. DC-C201700365**

**and**

### No. 10-18-00207-CV

## IN RE DPA'S ASSIST THE OFFICER FOUNDATION, INC.

---

**Original Proceeding**

---

## A B A T E M E N T   O R D E R

---

DPA'S Assist the Officer Foundation, Inc.'s and Katrina Ahrens' Joint Motion for

Extension of Time is granted. Accordingly, these proceedings are again abated to the 18th District Court, the Honorable John Neill, presiding, for 21 days from the date of this order to allow the trial court to issue an order on reconsideration of Katrina Ahrens' Motion to Compel Production of Documents.

The parties are ORDERED to inform this Court as to the result of the trial court's reconsideration of the parties' respective motions within seven days after the ruling and provide a status report to this Court addressing whether Judge Neill's ruling upon reconsideration will impact the proceedings pending in this Court.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Abated
Order issued and filed October 17, 2018

